**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN L. DEMAR, | No. C07-04670 MJJ |
| Plaintiff, | **ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| KAISER PERMANENTE, | |
| Defendant. | |

Plaintiff Joan Demar ("Plaintiff") requests leave to proceed *in forma pauperis*. Because Plaintiff's affidavit does not indicate (1) the present balance of her bank account and (2) how much cash she currently has, this Court **DENIES** Plaintiff's request **WITH LEAVE TO AMEND**.

This Court has authority to "authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The applicant must submit an affidavit that the plaintiff is unable to pay court fees. *Id.*

A court must dismiss the complaint of a plaintiff proceeding *in forma pauperis* if at any time the court determines that the action is frivolous, fails to state a clam on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C § 1915(e)(2)(B). The plaintiff must also demonstrate that the Court has jurisdiction over the action.

Plaintiff fails to demonstrate that she is unable to pay court fees. In her affidavit, Plaintiff

states that she has a Washington Mutual bank account. (Plf.'s Appn. to Proceed *In Forma Pauperis* ¶ 7.) However, she fails to state the present balance of that account. *(See id.)* Furthermore, Plaintiff indicates that she has cash but does not state the amount of cash she currently holds. (*Id.*)

Accordingly, the Court **DENIES** Plaintiff's request to proceed *in forma pauperis* **WITH LEAVE TO AMEND**. Plaintiff has fifteen (15) days to file an amended Application to Proceed *In Forma Pauperis*.

**IT IS SO ORDERED.**

Dated: October 5, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2