UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOAN L. DEMAR,

        Plaintiff,

  v.

KAISER PERMANENTE et al,

        Defendant.

Case Number: CV07-04670 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joan L. Delmar
32159 Mission Blvd
Hayward, CA 94544

Dated: October 9, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk