IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN L. DEMAR, | No. C07-04670 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| KAISER PERMANENTE, | |
| Defendant. | |

On October 5, 2007, the Court denied Plaintiff Joan Demar's ("Plaintiff") request to proceed *in forma pauperis*. (Docket No. 4.) Plaintiff had fifteen days to file an amended application to proceed *in forma pauperis*, but failed to do so. Plaintiff also failed to pay the filing fee. The Court therefore **DISMISSES** this action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close the file and vacate all future dates.

**IT IS SO ORDERED.**

Dated: November 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE